ETHELBERT IDE LOW and Others, as Executors and Trustees, etc., of LYMAN N. HINE, Deceased, Respondents, v. BANKERS TRUST COMPANY, as Successor Trustee under Deed of Trust Made by FRANCIS L. HINE, under Date of March 13, 1914, Respondent, Impleaded with FRANCIS L. HINE, 2d, an Infant, etc., SIBYL YOUNG HINE, an Infant, etc., by SIBYL Y. HINE, Their Guardian ad Litem,

Appellants, and " JOHN DOE " and " MARY ROE," Persons Yet Unborn, to Wit, Issue of FRANCIS L. HINE, 2d, and of SIBYL YOUNG HINE, Respondents.— Judgment affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs herein, payable out of the fund. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [146 Misc. 480.]